

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:       Vortek Aviation LLC and Wayne Schmitz v. Zach Krachinski, et al.

Appellate case number:     01-18-00165-CV

Trial court case number:   2017-58042

Trial court:               165th District Court of Harris County

On March 2, 2018, appellants, Vortek Aviation LLC and Wayne Schmitz, through counsel, timely filed a notice of appeal from the default final judgment, signed on December 7, 2017, after timely moving for a new trial. *See* TEX. R. APP. P. 26.1(a)(1). On March 19, 2018, appellant's counsel paid for the filing fee and filed a docketing statement in which he stated that there was no reporter's record. Although the clerk's record was filed on April 2, 2018, the court reporter filed an info sheet on April 3, 2018, stating that there was a reporter's record taken, but that it had not been filed due to lack of request and payment by appellant.

On April 9, 2018, the Clerk of this Court notified Thomas J. Kerr, counsel for appellants, that if he failed to provide evidence of request and payment for the reporter's record by May 9, 2018, this Court may set the briefing schedule without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Neither a timely response nor the reporter's record has been filed in this Court.

Accordingly, this Court will consider and decide this appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c)(1), (2). Appellant's brief is **ORDERED** to be filed no later than **30 days from the date of this order**. *See id.* 38.6(a). Appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See id.* 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
               ☑ Acting individually    ☐ Acting for the Court

Date: May 15, 2018